# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT BARLETT and PATRICK LEYDEN, individually and on behalf of other similarly situated SWAT team members of the Chicago Police Department,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF CHICAGO,<br><br>Defendant(s). | Case No. 14 C 7225<br>Judge Charles P. Kocoras |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of Defendant City of Chicago and against Plaintiffs Robert Bartlett, Patrick Leyden and other similarly situated SWAT team members.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion summary judgment.

Date:  10/1/2019                                        Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk