# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT BARTLETT and PATRICK LEYDEN, Individually and on behalf of other similarly situated SWAT team members on the Chicago Police Department, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 14 CV 07225 |
| | ) Judge Charles P. Kocoras |
| v. | ) Hon. Magistrate Judge Sidney I. |
| | ) Schenkier |
| CITY OF CHICAGO, | ) |
| Defendant. | ) |

## DEFENDANT CITY OF CHICAGO'S ITEMIZATION OF ITS BILL OF COSTS

Defendant, City of Chicago ("City"), by and through its attorneys, and pursuant to Local Rule 54.1, files this Itemization of its Bill of Costs[1] to be taxed against the Plaintiffs, including the named Plaintiffs, Robert Bartlett and Patrick Leyden, and all of the Plaintiffs who are members of the FLSA collective action and/or Rule 23 class action in this matter[2], based on this Court's entry of judgment in favor of the City on October 1, 2019 (Dkt. Nos. 257-258).

| DEPOSITION TRANSCRIPT COSTS AND REPORTER FEES[3] – SEE EXHIBIT B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Deponent | Date | Pages | Rate | $/Pg | $/Pg Adj. | Transcript Cost | Reporter Fee & Length | Reporter Fee-Adjusted | Total |
| Amelio, Paul[4] | 5/19/16 | 165 | Original | $3.65 | N/A | $602.25 | $175.00 3.5 hours | $110.00 | $712.25 |

---

[1] The Court's form AO 133 Bill of Costs is attached as **Exhibit A**.

[2] As explained further in the City's Memorandum of Law (Dkt. No. 262), this Bill of Costs also covers the 23 Plaintiffs in Case No. 18-cv-06468, *Armando Chagoya et al. v. City of Chicago*.

[3] Per page cost and court reporter attendance rates have been adjusted to conform to the rates allowed by the Northern District of Illinois. *See Transcript Rates*, available at https://www.ilnd.uscourts.gov/Pages.aspx?rsp2kxYIAI6Z3skP0PESA+q3bXKkfRyo.

[4] The City recently received the invoice for this deposition and is currently in the process of paying for this transcript.

| DEPOSITION TRANSCRIPT COSTS AND REPORTER FEES[3] – SEE EXHIBIT B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Deponent** | **Date** | **Pages** | **Rate** | **$/Pg** | **$/Pg Adj.** | **Transcript Cost** | **Reporter Fee & Length** | **Reporter Fee- Adjusted** | **Total** |
| Bartlett, Robert | 5/22/15 | 324 | Original | $3.70 | $3.65 | $1,182.60 | $480.00 7.5 hours | $220.00 | $1,402.60 |
| Bartlett, Robert | 8/25/15 | 53 | Original | $3.80 | $3.65 | $193.45 | $150.00 2 hours | $110.00 | $303.45 |
| Berry, Scott | 7/13/16 | 165 | Original | $3.65 | N/A | $602.25 | $200.00 4 hours | $110.00 | $712.25 |
| Bowers, Joshua | 6/24/16 | 109 | Original | $3.65 | N/A | $397.85 | $150.00 3 hours | $110.00 | $507.85 |
| Cano, Jesus | 7/08/16 | 208 | Original | $3.65 | N/A | $759.20 | $225.00 4.5 hours | $220.00 | $979.20 |
| Cintron, Efrain | 5/18/16 | 170 | Original | $3.65 | N/A | $620.50 | $200.00 | $110.00 | $730.50 |
| Coyle, Richard | 5/17/16 | 136 | Original | $3.65 | N/A | $496.40 | $175.00 3.5 hours | $110.00 | $606.40 |
| Cuomo, Andrew | 5/18/16 | 162 | Original | $3.65 | N/A | $591.30 | $200.00 | $110.00 | $701.30 |
| Dunn, James | 6/27/16 | 142 | Original | $3.65 | N/A | $518.30 | $150.00 3 hours | $110.00 | $628.30 |
| Georgas, Steve | 6/09/17 | 31 | Original | $4.10 | $3.65 | $113.15 | $0.00 | N/A | $113.15 |
| Gibbs, Ronald | 2/25/16 | 46 | Original | $3.55 | N/A | $163.30 | $0.00 | N/A | $163.30 |
| Hroma, John | 2/25/16 | 88 | Copy | $2.55 | $0.90 | $79.20 | $0.00 | N/A | $79.20 |
| Joyce, Sean | 7/12/17 | 101 | Original | $3.55 | N/A | $358.55 | $0.00 | N/A | $358.55 |
| Kereakes, Anargyros | 5/24/17 | 122 | Copy | $2.55 | $0.90 | $109.80 | $0.00 | N/A | $109.80 |
| Lamb, Thomas | 5/14/15 | 111 | Copy | $2.45 | $0.90 | $99.90 | $0.00 | N/A | $99.90 |
| Leyden, Patrick | 6/2/16 | 198 | Original | $3.65 | N/A | $722.70 | $225.00 4.5 hours | $220.00 | $942.70 |
| Wanger, Manzo | 8/3/16 | 253 | Original | $3.65 | N/A | $923.45 | $225.00 4.5 hours | $220.00 | $1,143.45 |
| Marianovich, Mark | 5/15/15 | 72 | Copy | $2.45 | $0.90 | $64.80 | $0.00 | N/A | $64.80 |
| Molina, Luis | 6/8/16 | 188 | Original | $3.65 | N/A | $686.20 | $275.00 5.5 hours | $220.00 | $906.20 |
| Nunez, Felipe | 8/16/16 | 169 | Original | $3.65 | N/A | $616.85 | $175.00 3.5 hours | $110.00 | $726.85 |

2

| DEPOSITION TRANSCRIPT COSTS AND REPORTER FEES[3] – SEE EXHIBIT B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Deponent | Date | Pages | Rate | $/Pg | $/Pg Adj. | Transcript Cost | Reporter Fee & Length | Reporter Fee-Adjusted | Total |
| Quinones, Johnny | 6/23/16 | 148 | Original | $3.65 | N/A | $540.20 | $175.00 3.5 hours | $110.00 | $650.20 |
| Razo, Alfredo | 7/27/16 | 176 | Original | $3.65 | N/A | $642.40 | $150.00 3 hours | $110.00 | $752.40 |
| Rhein, Charles | 2/25/16 | 61 | Copy | $2.55 | $0.90 | $54.90 | $0.00 | N/A | $54.90 |
| Sebastian, Michael | 6/24/16 | 145 | Original | $3.65 | N/A | $529.25 | $150.00 3 hours | $110.00 | $639.25 |
| Shen, David | 6/27/16 | 135 | Original | $3.65 | N/A | $492.75 | $150.00 3 hours | $110.00 | $602.75 |
| Vasquez, Eduardo | 5/26/16 | 179 | Original | $3.65 | N/A | $653.35 | $200.00 4 hours | $110.00 | $763.35 |
| Vasquez, Eduardo | 7/12/17 | 44 | Original | $3.65 | N/A | $160.60 | $125.00 | $110.00 | $270.60 |
| **DEPOSITION TRANSCRIPTS AND REPORTER FEES – TOTAL** | | | | | | | | | **$15,725.45** |

| COURT HEARING TRANSCRIPTS – SEE EXHIBIT C | |
|---|---|
| Description | Amount Adjusted |
| Transcript of hearing before the Honorable Sidney I. Schenkier on July 22, 2016 | $526.35 |
| Transcript of hearing before the Honorable Sidney I. Schenkier on August 2, 2016 | $150.35 |
| Transcript of hearing before the Honorable Sidney I. Schenkier on June 20, 2017 | $43.65 |
| **HEARING TRANSCRIPT - TOTAL** | **$720.35** |

| COPYING COSTS – SEE EXHIBIT D | | | | | | |
|---|---|---|---|---|---|---|
| Dkt. No.[5] | Date Copy Was Made | Description | Pages | Copies | $/Pg | Total |
| 17 | 11/7/14 | Plaintiffs' First Amended Complaint (*See* Ex. D, p. 1) | 7 | 1 | $0.15 | $1.05 |
| 19-23 | 11/14/14 | City's Motion for extension of time to file answer regarding complaint; City's Motion to Dismiss Count II of Plaintiff's First Amended Complaint and supporting Memorandum of Law (*See* Ex. D, p. 1) | 38 | 1 | $0.15 | $5.70 |
| 31-32 | 1/20/15 | City's Motion for leave to file Amended Answer to First Amended Complaint (*See* Ex. D, p. 1) | 25 | 1 | $0.15 | $3.75 |

---

[5] The City identifies the corresponding docket number, if applicable.

3

| **COPYING COSTS – SEE EXHIBIT D** | | | | | | |
|---|---|---|---|---|---|---|
| Dkt. No.[5] | Date Copy Was Made | Description | Pages | Copies | $/Pg | Total |
| | 5/22/15 | Copies related to document production to Plaintiffs. (*See* Ex. D, p. 1) | 558 | | $0.15 | $83.70 |
| 59-60 | 9/18/15 | City's Motion to Certify Class, Unopposed Motion for Certification and Approval of Class Notice for FLSA Collective Action and Rule 23 Class Action of State Wage and Hour Law Claims (*See* Ex. D, p. 1) | 16 | 1 | $0.15 | $2.40 |
| 80-81 | 2/25/16 | City's Motion for extension of time to complete discovery (*See* Ex. D, p. 1) | 5 | 1 | $0.15 | $0.75 |
| | 3/14/16 | Copies of documents related to a document production by the City to Plaintiffs. (*See* Ex. D, p. 1) | 61 | | $0.15 | $9.15 |
| | 4/18/16 | Copies of documents related to a document production by the City to Plaintiffs. (*See* Ex. D, p. 1) | 70 | | $0.15 | $10.50 |
| | 5/2/16 | Copies of documents related to a document production by the City to Plaintiffs. (*See* Ex. D, p. 1) | 1,093 | | $0.15 | $163.95 |
| | 5/16/16 | Copies of documents related to a document production by the City to Plaintiffs. (*See* Ex. D, p. 1) | 4,737 | | $0.15 | $710.55 |
| 87-88 | 5/20/16 | City's Motion for discovery and Agreed Joint Motion to Extend Class Discovery (*See* Ex. D, p. 1) | 7 | 1 | $0.15 | $1.05 |
| | 6/6/16 | Copies for deposition exhibits for the June 8, 2016 deposition of Plaintiff Luis Molina (*See* Ex. D, p. 1) | 65 | | $0.15 | $9.75 |
| | 6/21/16 and 6/22/16 | Copies for deposition exhibits for the June 24, 2016 deposition of Plaintiff Josh Bowers (*See* Ex. D, p. 1) | 174 | | $0.15 | $26.10 |
| | 6/25/16 | Copies for deposition exhibits for the June 27, 2016 deposition of Plaintiff David Shen (*See* Ex. D, p. 1) | 57 | | $0.15 | $8.55 |
| | 7/6/16 and 7/7/16 | Copies for deposition exhibits for the July 8, 2016 deposition of Plaintiff Jesus Cano (*See* Ex. D, p. 1) | 33 | | $0.15 | $4.95 |
| 96 | 7/11/16 | Plaintiffs' response in opposition to the City's Motion to Compel (Dkt. No. 90) (*See* Ex. D, p. 1) | 20 | 1 | $0.15 | $3.00 |
| | 7/12/16 | Copies for deposition exhibits for the July 13, 2016 deposition of Plaintiff Scott Berry (*See* Ex. D, p. 1) | 114 | 1 | $0.15 | $17.10 |

| COPYING COSTS – SEE EXHIBIT D | | | | | | |
|---|---|---|---|---|---|---|
| Dkt. No.[5] | Date Copy Was Made | Description | Pages | Copies | $/Pg | Total |
| 100 | 7/14/16 | City's Reply in Further Support of its Motion to Compel (Dkt. No. 90) (*See* Ex. D, p. 1) | 112 | 1 | $0.15 | $16.80 |
|  | 8/3/16 | Copies for deposition exhibits for the August 3, 2016 deposition of Plaintiff Wagner Manzo (*See* Ex. D, p. 3) | 51 |  | $0.15 | $7.65 |
| 133 | 4/17/17 | City's Response to Plaintiffs' Motion to Compel (Dkt. No. 131) (*See* Ex. D, p. 2) | 32 | 1 | $0.15 | $4.80 |
| 139 | 6/14/17 | City's Motion For Protective Order (*See* Ex. D, p. 2) | 43 | 1 | $0.15 | $6.45 |
|  | 7/10/17 and 7/11/17 | Copies for deposition exhibits for the July 12, 2017 continued deposition of Plaintiff Eduardo Vasquez (*See* Ex. D, p. 2) | 73 |  | $0.15 | $10.95 |
| 148-149, 151 | 7/27/17 | City's Motion for Reconsideration regarding magistrate judge's rulings at the July 19, 2017 status hearing (Dkt. No. 147); Plaintiffs' Response to the City's Motion for Reconsideration (Dkt. No. 148) (*See* Ex. D, p. 2) | 51 | 3 | $0.15 | $7.65 |
| 154 | 8/4/17 | City's Reply in Further Support of Its Motion for Reconsideration (Dkt. No. 148) (*See* Ex. D, p. 2) | 15 | 1 | $0.15 | $2.25 |
| 156 | 8/14/17 | Plaintiffs' Motion to Compel Production of Emails (*See* Ex. D, p. 2) | 20 | 1 | $0.15 | $3.00 |
| 175-197 | 1/23/18, 1/31/18 | City's Motion for Summary Judgment Submission; Plaintiff's Motion for Summary Judgment Submission (*See* Ex. D, p. 2) | 796 | 1 | $0.15 | $119.40 |
| 200-210 | 2/22/18 | City's Response to Plaintiffs' Motion for Summary Judgment and related filings; Plaintiffs' Response to the City's Motion for Summary Judgment and related filings (*See* Ex. D, p. 2) | 9 | 1 | $0.15 | $1.35 |
| 219 | 3/23/18 | City's Corrected Motion to Strike Plaintiffs' Declarations Submitted in Support of Their Motion for Summary Judgment (*See* Ex. D, pp. 2-3) | 204 | 1 | $0.15 | $30.60 |
| 224 | 4/12/18 | Plaintiffs' Response to the City's Local Rule 56.1(b)(3)(C) Statement of Additional Material Facts (*See* Ex. D, p. 3) | 181 | 1 | $0.15 | $27.15 |
| 235 | 11/15/18 | City's Response to Plaintiffs' Motion to Supplement the Record (*See* Ex. D, p. 3) | 7 | 1 | $0.15 | $1.05 |

5

| COPYING COSTS – SEE EXHIBIT D | | | | | | |
|---|---|---|---|---|---|---|
| Dkt. No.[5] | Date Copy Was Made | Description | Pages | Copies | $/Pg | Total |
| | 4/30/16 | Copying and processing of hard copy Time and Attendance records the City produced to Plaintiffs. (See Ex. D, p. 4) | | 1 | | $690.70 |
| | 5/23/16 | Copying and processing of hard copy Time and Attendance records the City produced to Plaintiffs. (See Ex. D, p. 5) | | 1 | | $230.57 |
| | 9/30/16 | Copying and processing of SWAT logs/documents the City produced to Plaintiffs. (See Ex. D, p. 6) | | 1 | | $283.52 |
| **COPYING COSTS – TOTAL** | | | | | | **$2,505.89** |

| RECOVERABLE COST CATEGORY | TOTAL |
|---|---|
| Deposition Transcript Costs and Reporter Fees | $15,725.45 |
| Hearing Transcripts | $720.35 |
| Copying Costs | $2,505.89 |
| **TOTAL** | **$18,951.69** |

Date: October 31, 2019            Respectfully submitted,

CITY OF CHICAGO

By:   /s/Matthew P. Kellam
        One of Its Attorneys

James J. Convery (6180697)
Jennifer A. Naber (6197465)
Matthew P. Kellam (6303675)
Priyavathi Reddy (6315679)
Laner Muchin, Ltd.
515 N. State, Suite 2800
Chicago, Illinois 60654
(312) 467-9800 (312) 467-9479 (fax)

6

## **CERTIFICATE OF SERVICE**

Matthew P. Kellam, an attorney, hereby certifies that on October 31, 2019, he caused a copy of the foregoing **Itemization of Bill of Costs** in the above-captioned matter to be served on the Parties of Record listed below via the Court's ECF notice system, addressed to:

> Paul D. Geiger
> Law Offices of Paul D. Geiger
> Ronald C. Dahms
> 540 W. Frontage Road
> Suite 3020
> Northfield, IL 60093
> pauldgeiger@gmail.com
> rdahmslaw@gmail.com

> /s/Matthew P. Kellam
> Matthew P. Kellam